POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Joseph R Manning Jr Esq  SBN 223381<br>MANNING LAW APC<br>20062 SW Birch St., Ste 200<br>Newport Beach, CA 92660<br>TELEPHONE NO.: 949-200-8755    FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: Plaintiff Carmen John Perri  an individual | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Los Angeles
STREET ADDRESS: 350 W 1st Street
MAILING ADDRESS: same
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Western Division

| PLAINTIFF/PETITIONER: Carmen John Perri , an individual | CASE NUMBER:<br>2:20 cv 01739 MWF-JEM |
|---|---|
| DEFENDANT/RESPONDENT: LMBHR LLC a California limited liability company | |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>ADAA-5-491 |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [✓] summons
   b. [ ] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [✓] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [✓] other *(specify documents)*: Notice to Parties of Court Directed ADR Program, Notice of Assignment, Certification and Notice of Interested Parties, Notice to Parties ADA Disability Access Litigation Application for Stay and Early Mediation Proposed Order, First Amended Complaint
3. a. Party served *(specify name of party as shown on documents served)*:

   Lomita Plaza LLC  a California limited liability company

   b. [✓] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   Victoria Roham - Agent for Service

4. Address where the party was served:
   805 Gatos Place, Palos Verdes Estates CA 90274

5. I served the party *(check proper box)*
   a. [✓] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party  (1) on *(date)*: 3/28/2020    (2) at *(time)*: 7:55 AM
   b. [ ] **by substituted service.** On *(date)*:      at *(time)*:      I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:     from *(city)*:      or [ ] a declaration of mailing is attached.

      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 |

| | |
|---|---|
| PLAINTIFF/PETITIONER: Carmen John Perri, an individual | CASE NUMBER: |
| DEFENDANT/RESPONDENT: LMBHR LLC a California limited liability company | 2:20 cv 01739 MWF-JEM |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date)*:                      (2) from *(city)*:

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section)*:

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify)*:
   c. ☐ as occupant.
   d. ☑ On behalf of *(specify)*: Lomita Plaza LLC a California limited liability company
   under the following Code of Civil Procedure section:
   
   ☐ 416.10 (corporation)             ☐ 415.95 (business organization, form unknown)
   ☐ 416.20 (defunct corporation)      ☐ 416.60 (minor)
   ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
   ☐ 416.40 (association or partnership)    ☑ 416.90 (authorized person)
   ☐ 416.50 (public entity)             ☐ 415.46 (occupant)
   ☑ other: 17061 wp cood LLC

7. **Person who served papers**
   a. Name: Carlos Canas
   b. Address: 2390 E Orangewood Ave #530, Anaheim, CA 92806
   c. Telephone number: 949-305-9108
   d. The fee for service was: $ 69.00
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☑ a registered California process server:
          (i) ☐ owner ☐ employee ☑ independent contractor.
          (ii) Registration No.: 2898
          (iii) County: Orange

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. ☐ **I am a California sheriff or marshal** and I certify that the foregoing is true and correct.

Date: 3/30/2020

Carlos Canas
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)         ▶ *(signature)*