Joseph R. Manning, Jr., Esq. (SBN 223381)
**MANNING LAW, APC**
20062 SW Birch St., Suite 200 Newport Beach, CA 92660
Office: (949) 200-8755 Fax: (866) 843-8308
ADAPracticeGroup@manninglawoffice.com

Attorneys for Plaintiff:

CARMEN JOHN PERRI

Ara Sahelian, Esq. (SBN 169257)
**SAHELIAN LAW OFFICES**
23276 South Pointe Drive, Suite 216
Laguna Hills, CA 92653
Telephone: (949) 859-9200

Attorneys for Defendant
LMBHR LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER, an individual, | Case No.: 2:20-cv-01739-MWF-JEM |
| Plaintiff, | Hon. Michael W. Fitzgerald |
| v. | **JOINT NOTICE OF SETTLEMENT** |
| LMBHR LLC, a California limited liability company; and DOES 1-10, inclusive, | Complaint Filed: February 24, 2020<br>Trial Date: None Set |
| Defendants. | |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

Plaintiff, CARMEN JOHN PERRI, and Defendant, LMBHR LLC (the "Parties") have reached a settlement in this matter and expect to file a joint stipulation for dismissal of the action pending completion of certain terms of the confidential settlement agreement.

Dated: September 2, 2020   **MANNING LAW, APC**

By: <u>/s/ Joseph R. Manning, Jr. Esq.</u>
Joseph R. Manning, Jr., Esq.
Attorneys for Plaintiff,
Anthony Bouyer

Dated: September 2, 2020   **SAHELIAN LAW OFFICES**

By: <u>/s/ Ara Sahelian, Esq.</u>
Ara Sahelian, Esq.
Attorney for Defendant,
LMBHR LLC

### CERTIFICATE OF SERVICE

I certify that on September 2, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via email transmission and via transmission of Electronic Filing generated by CM/ECF.

Respectfully submitted,

Dated: September 2, 2020   **MANNING LAW, APC**

By: <u>/s/ Joseph R. Manning, Jr. Esq.</u>
Joseph R. Manning, Jr., Esq.
Attorneys for Plaintiff
Carmen John Perri