Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
**MANNING LAW, APC**
20062 SW Birch St., Suite 200 Newport Beach, CA 92660
Office: (949) 200-8755 Fax: (866) 843-8308
DisabilityRights@manninglawoffice.com

Attorneys for Plaintiff:
CARMEN JOHN PERRI

Ara Sahelian, Esq. (SBN 169257)
**SAHELIAN LAW OFFICES**
23276 South Pointe Drive, Suite 216
Laguna Hills, CA 92653
Telephone: (949) 859.9200
SahelianLaw@me.com

Attorneys for Defendant
LOMITA PLAZA, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN JOHN PERRI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>LOMITA PLAZA, LLC, a California limited liability company,<br><br>Defendants. | Case No.: 2:20-cv-01739-MWF-JEM<br><br>Hon.  Michael W. Fitzgerald<br><br>**JOINT STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint Filed: February 24, 2020<br>Trial Date: None |

**TO THE COURT AND ALL PARTIES:**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff  CARMEN JOHN PERRI ("Plaintiff") and LOMITA PLAZA, LLC. ("Defendant"), stipulate and jointly request that this Court enter a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety.  Each party shall bear his or its own costs and attorneys' expenses.


IT IS SO STIPULATED.


Respectfully submitted,


DATED: September 15, 2020          **MANNING LAW, APC**

By: /s/ *Joseph R. Manning, Jr.*
_____
Joseph R. Manning, Jr.
Attorney for Plaintiff
Carmen John Perri


DATED:  September 15, 2020          **SAHELIAN LAW OFFICES**

By: /s/ *Ara Sahelian*
_____
Ara Sahelian
Attorney for Defendants
Lomita Plaza, LLC


**<u>Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)</u>**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Joseph R. Manning, Jr., hereby do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.


DATED: September 15, 2020          By: /s/ *Joseph R. Manning, Jr.*

JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE